PROB 12C
(6/16)

Report Date: January 20, 2026

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2026

SEAN F. McAVOY, CLERK

ECF No 5

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Noelia Cobian-Laurel                Case Number: 0980 4:24CR06007-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Cathy A. Bencivengo, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 5, 2024

Original Offense:    Bringing In Aliens Without Presentation; Aiding And Abetting,
                     8 U.S.C. § 1324(a)(2)(B)(iii), and 18 U.S.C. § 2

Original Sentence:   PROB - 36 months              Type of Supervision: Probation

Asst. U.S. Attorney: TBA                           Date Supervision Commenced: January 5, 2024

Defense Attorney:    TBA                           Date Supervision Expires: January 4, 2027

---

### PETITIONING THE COURT

To issue a summons.

On January 10, 2024, conditions of probation were reviewed with Ms. Cobian-Laurel. She signed her judgment acknowledging an understanding of her conditions of probation. On April 11, 2024, jurisdiction of Ms. Cobian-Laurel's case was formally transferred from the Southern District of California, to the Eastern District of Washington.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Ms. Cobian-Laurel is considered to be in violation of her probation by being charged in Benton County District Court with false reporting, on or about December 27, 2025. |
| | On December 27, 2025, Ms. Cobian-Laurel sent the undersigned officer a text message informing she received a criminal citation for second degree false reporting from Kennewick Police Department (KPD). Ms. Cobian-Laurel further informed the undersigned officer that she had a hearing scheduled with Benton County District Court on January 9, 2026, regarding this matter, case number 5A0954359. |

Prob12C
Re: Cobian-Laurel, Noelia
January 20, 2026
Page 2

On December 29, 2025, the undersigned officer made telephone contact with Ms. Cobian-Laurel to further discuss what had occurred on December 27, 2025, when she received her citation. Ms. Cobian-Laurel informed that her boyfriend, Alejandro Carrasco, had gone to work in the morning in Pasco, Washington, and she was at home asleep when he called her and said he was going to get arrested and she needed to lie for him. Ms. Cobian-Laurel further stated she agreed to lie for him and KPD officers responded to her residence after she called to report that her vehicle was stolen. She was provided with a stolen vehicle report form. Soon after, officers discovered she lied to them and cited her with a criminal citation of second degree false reporting and her boyfriend was arrested for attempting to elude police.

On December 31, 2025, the undersigned officer obtained a police report and a copy of the criminal citation from KPD for the incident. According to the report, on December 27, 2025, at approximately 8:23 a.m. Ms. Cobian-Laurel received a phone call from her boyfriend, Alejandro Carrasco, who advised her to lie for him and report her vehicle as stolen. Ms. Cobian-Laurel was confused about the request as she was asleep, but proceeded to follow through and called 911 dispatch to report her vehicle had been stolen from her residence at approximately 8:20 a.m. She further reported she had taken her boyfriend to work in Pasco at approximately 6:30 a.m., and returned back home. KPD officer's responded to her residence and provided Ms. Cobian-Laurel with a stolen vehicle report form, which she completed and signed in their presence.

Shortly thereafter, KPD received a call from a Washington State Patrol (WSP) trooper who advised that the stolen vehicle description matched with their police chase earlier this date. A WSP trooper arrived to Ms. Cobian-Laurel's residence and interviewed her in the presence of KPD officers. Ms. Cobian-Laurel changed the initial story she had reported to KPD and she was provided with a criminal citation for second degree false reporting. Officers took Ms. Cobian-Laurel's boyfriend into custody for attempting to elude a police vehicle.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 20, 2026

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

Prob12C
**Re: Cobian-Laurel, Noelia**
**January 20, 2026**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_M. K. Dimke_
Signature of Judicial Officer

January 20, 2026
Date